UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| KYLE PIUNTI, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 111(a)(1), and (b) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| | : | 18 U.S.C. § 1361 |
| | : | (Destruction of Government Property) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 21, 2019, within the District of Columbia, **KYLE PIUNTI**, unlawfully, knowingly, and intentionally did forcibly assault, resist, oppose, impede, intimidate, or interfere with Court Security Officer Paul Sacca ("CSO Sacca"), a person designated in section 1114 of Title 18, United States Code, while CSO Sacca was engaged in or on account of the performance of his official duties, and did inflict bodily injury requiring medical attention.

   **(Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1), and (b))

## COUNT TWO

On or about August 21, 2019, within the District of Columbia, **KYLE PIUNTI**, did willfully and knowingly steal a Citi MasterCard and vehicle key, both issued to the United States Marshals Service, of the value of less than $1,000, belonging to the United States.

(**Theft of Government Property**, in violation of Title 18 United States Code, Section 641)

## COUNT THREE

On or about August 21, 2019, within the District of Columbia, **KYLE PIUNTI**, willfully did injure property of the United States, that is, a gray 2015 Ford Edge motor vehicle issued to the United States Marshals Service, thereby causing damage to such property.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu /DAB*

Attorney of the United States in
and for the District of Columbia.