Your Honor,

My name is Julie Piunti and I am Kyle's mother. I want you to know that I am not a hovering mom I do believe that our children need to understand there are consequences for what they do.

Kyle has always been a very fun loving, hardworking, strong willed person. He attained jobs in high school very easy and his employers were always impressed with his work ethic.

When he decided to join the army, he was adamant that he was going to be an army ranger. He was only going into the army to conquer whatever it took to get the ranger tab. Becoming a ranger is not an easy task, there are three stages to complete to achieve this goal. Completing boot camp, RASP (ranger assessment program) and ranger school. Over 60% fail ranger school in the first 10 days so this is not an easy program to finish. One of the requirements to complete the school is to have a vote of your peers to see if you truly have what it takes to be a team leader in all situations. Kyle received very high marks and was a leader.

After 3 tours to Afghanistan Kyle was asked to be one of the very elite and represent the rangers to compete in the best ranger competition. This is a competition between all military special forces. Kyle was chosen because he exhibited skills that were expert in his profession and a high level of physical and mental stamina.

 During the competition, two-man buddy teams go head-to-head, Ranger style, overcoming 62 continuous hours of physically, emotionally, and intellectually demanding challenges to earn the title of the "best" 2-person Ranger buddy team. In the words of LTG (Ret.) David Grange, "This competition is not just to see who is the toughest or the most physically fit. It is to see who is mentally the strongest, the most determined to finish." This AUSA NCO Training Tip offers recommendations on preparing for "Best Ranger Competition." Kyle was one of the youngest and the lowest rank and out of 50 teams he and his teammate came in 6th. A huge accomplishment.

When he left the service, he wanted to go to an Ivy league school. He worked extremely hard to get into Columbia University in Manhattan New York. School was always a challenge for Kyle, so he went through a program that helped military personal learn how to study, read, and analyze properly to get through collage. The program was a great help and since Kyle did so well in it, he was asked to be one of the instructors. He was honored and taught this course 2 summers in a row at multiple Universities in the United States.

When he started at Columbia Kyle went to the VA to get help with concentrating on his studies because his ADHD was making it difficult. He was prescribed Adderall; he did great in school and life for the first 3 years. Getting good grades, having a wonderful girlfriend, coming home for holidays, just being a normal great college kid.

He has had some struggles with his stress. But he seems to be on the road to recovery. I am willing to do whatever it takes to keep him on the right path.

Thank you so much for taking the time to read this and taking to heart the best thing for a good young man.

Julie Piunti



**K I N E T X**

September 22, 2019

Hello,

I understand that Kyle Piunti is having some difficulties currently and I feel that it is very important for me to say something.  I have known Kyle since he was 5 or 6, as his family and mine live in the same neighborhood and our families have been friends.  My interaction with Kyle as he grew up was not extensive but he always struck me as an active and nice person.  When he graduated from high school, he chose to serve in the army before heading to college.  I was so impressed with how he hard he worked and how he became an Army Ranger, something few people can actually do.  After 3 tours of duty, he decided to leave the army to head to college.

I am one of the founders of KinetX Inc, a small aerospace company headquartered in the Phoenix area.  He had heard me talk at length about the space work that we were doing and he asked me if he might intern one summer with our company.  At the time, I was the president of the company, and although Kyle did not have the science background we normally look for in an intern, I was impressed with all he had done in the military and I thought we would give it a try.  I knew he would work hard but I was amazed at how well he did.  He worked very hard to get up to speed in an area he had little experience in.  By the time he left, he was seriously contributing to one of our space projects.  My team loved working with him.  He was hardworking, energetic, good humored, never afraid to ask questions to truly understand what we were doing, and was not afraid to take on any task.  He not only impressed me but he impressed my team … not easy as they are a very talented group that can sometimes a bit arrogant!

I know that Kyle is going through some difficulties of late likely due in part to his experiences when serving our country.  However, I know that Kyle is a great person despite those difficulties.  He is a person who can truly contribute to our society.  Now is the time he most needs a break and the support of our country, his family and friends.  With that support, I am certain Kyle can work through this.  He is a strong and good hearted person … someone I happy I know!

Sincerely,

Kjell Stakkestad
Founder and Director
KinetX, Inc
kjell@kinetx.com
(602) 317-5834

KinetX, Inc.
Space Systems and Software Engineering
2050 E. ASU Circle, Suite 107, Tempe AZ 85284 ph: 480.829.6600 fax: 480.829.6696 www.kinetx.com



**Kirk** <keculberson@yahoo.com>

Sun, Sep 22, 5:02 PM (19 hours ago)

to me

I lived next door to Kyle Piunti for over 15 years. I watched him go through grammar school and high school. As a good friend and neighbor when he decided to join the military, we were all proud of him as he served with honor our country. After leaving the military we watched as he continued on his path at Columbia university as we all know getting into a prestige school like Columbia is not an easy task.
Please help Kyle get back on path he was taking. I know he is a good young man and we should be proud to help the young men and woman that serve our county. They have done their best for us know we need to do our best for them

Sincerely
Kirk Culberson

KEC