AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>KYLE PIUNTI<br><br>Defendant | )<br>)<br>)<br>)<br>) | Case No.  19CR312-01 (BAH) |

**FILED**
DEC 0 9 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KYLE PIUNTI

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☒ Order of the Court

This offense is briefly described as follows:
Violation of Conditions of Pretrial Release.

Date: 10/30/2019

City and state:  WASHINGTON, D.C.

*Issuing officer's signature*

Beryl A. Howell, Chief U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/30/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)* Wash. D.C.,

Date: 12/9/19

*Arresting officer's signature*

Barbara [illegible] AND CDUSM
*Printed name and title*