# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

    v.                 :          1:19-cr-00312 (BAH)

**KYLE PIUNTI**             :

## MOTION TO WITHDRAW

Kyle Piunti, through counsel, requests that this Court allow undersigned counsel to withdraw from his appointment in this case. In support of this Motion, counsel states the following.

1. On September 20, 2019, Mr. Piunti was arrested for the charge of assaulting a federal officer. On September 24, 2019, the Magistrate Court held Mr. Piunti without bond. On September 25, 2019, the defense moved for Mr. Piunti's release. This Court denied the Motion without prejudice. Mr. Piunti then moved for his release in an unopposed motion. This Court released Mr. Piunti to the third-party custody of his mother, Julie Piunti on October 4, 2019. The Court ordered that Mr. Piunti be supervised by the U.S. Pretrial Services for Arizona.

2. On December 13, 2019, the Court ordered Mr. Piunti detained pending trial. Mr. Piunti declined to waive his speedy trial rights and a trial was set for February 24, 2020.

3. Communications between Mr. Piunti and counsel have been irreparably damaged. The attorney client relationship has broken down. Mr. Piunti has indicated to counsel that he does not trust counsel and has asked counsel to request a new lawyer.

4. At the time of the filing of this Motion, trial is sixty-eight days away. The case is not complex.

5. Due to the irreconcilable differences between Mr. Piunti and counsel, counsel asks that the Court permit him to withdraw in this case.

## **Conclusion**

Wherefore, counsel for Mr. Piunti requests that he be permitted to withdraw from this case and that new counsel be appointed to Mr. Piunti.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500