# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 19-312 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **KYLE PIUNTI** | : | |

## GOVERNMENT'S NOTICE OF DISCOVERY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery in the above-mentioned case as outlined in the government's attached discovery letter dated December 30, 2019.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

_____/s/_____
EMORY V. COLE
ASSISTANT UNITED STATES ATTORNEY
PA. Bar No. 49136
U.S. Attorney's Office
555 4th Street, N.W., Room 4213
Washington, DC 20530
Emory.Cole@usdoj.gov