

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 30, 2019

**VIA Hand Delivery**
Eugene Ohm, Esq.
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, DC 20004
(202) 208-7500
Counsel for Kyle Piunti

                Re:    United States v. Kyle Piunti
                       Cr. No.:  19-312 (BAH)

Dear Counsel:

    By this letter, the government is noting discovery which was previously provided to you on or before December 12, 2019, in the above captioned case.

    **DOCUMENTS:**

- One DVD/CD of surveillance video of the assault on the victim
- Criminal Complaint and BOLO sheet (3 pages)
- 29 color photos of crime scene, credit cards and identifications
- Officers handwritten notes (2 pages)
- MPD arrest paperwork (35 pages)

    If you have any questions or concerns, please do not hesitate to contact me at (202) 252-7692.

                                    Sincerely yours,

                                    JESSIE K. LIU
                                    UNITED STATES ATTORNEY

                          BY: _____
                                    Emory V. Cole
                                    Assistant United States Attorney
                                    202-252-7692