UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : 19 Cr. 312 (BAH) |
| v. | : |
| KYLE PIUNTI | : |
| Defendant. | : |

## PARTIES JOINT NOTICE RE: SENTENCING DATES

In accordance with this Court's Order of April 6, 2020, the parties to this case have consulted with respect to potential dates for the continued sentencing in this case. The parties are both available on the following days: June 1, 2, 4 or 5.

In addition the defense wants to advise the Court that the parties have also conferred about the possibility of agreeing to conditions of release for Mr. Piunti, pending sentencing.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com
Also on behalf of Assistant United States Attorney Emory Cole.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to Emery Cole, Assistant U.S. Attorney 555 4th Street, N.W., this 10th day of April 2020.

*Robert Feitel*

_____
Robert Feitel